**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Allen Earl DANIEL, Defendant— Appellant.**

**No. 05–30155.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Decided Sept. 18, 2006.

Kris A. McLean, Esq., Office Of The U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

John P. Rhodes, Esq., Federal Defenders of Montana, Missoula, MT, Allen Earl Daniel, Victor, MT, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM ** **

Allen Earl Daniel appeals from the district court's order revoking his supervised release and imposing a 82–day term of imprisonment. Daniel was originally convicted of four counts of robbery of a bank, in violation of 18 U.S.C. § 2113(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Daniel has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Daniel has not filed a pro se supplemental brief, and the government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw, and **AFFIRM** the district court's judgment.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.